# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 300 |
| | : | |
| APPOINTMENT TO THE | : | DISCIPLINARY BOARD APPOINTMENT |
| DISCIPLINARY BOARD OF | : | DOCKET |
| PENNSYLVANIA | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 20th day of June, 2018, Magisterial District Judge Robert L. Repard,* Tioga County, is hereby appointed as a member of the Disciplinary Board of Pennsylvania for a term of three years, commencing September 1, 2018.

*Non-lawyer member